# ELECTRONIC RECORD

*515-15*
*516-15*

COA # 05-13-01558-CR          OFFENSE: 29.03

STYLE: Morris Jones v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          AFFIRM          TRIAL COURT: Criminal District Court No. 3

DATE: 04/07/2015          Publish: NO   TC CASE #: F-1262862-J

## IN THE COURT OF CRIMINAL APPEALS *515-15*
*516-15*

STYLE:   Morris Jones v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _10/07/2015_____          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD